**Order entered April 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-08-01584-CV

**TXU PORTFOLIO MANAGEMENT COMPANY, L.P.
N/K/A LUNINANT ENERGY COMPANY, L.L.C., Appellant**

**V.**

**FPL ENERY, LLC, ET AL., Appellees**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 04-10314**

## ORDER

We **GRANT** appellees' April 14, 2015 unopposed motion for an extension of time to file

a supplemental brief. Appellees shall file their supplemental brief by **MAY 22, 2015**.

/s/    ELIZABETH LANG-MIERS
          JUSTICE